**ONECOAST**

40 John Portman Blvd
Ste 1800
Atlanta, GA 30303

DIRECT DEPOSIT VOUCHER

| | | | | | | |
|---|---|---|---|---|---|---|
| 35353 | 51310-0 | 21750 | 41739 | 30033 | | 35353 |

**Elizabeth a Palmer**
3166 Edgemont Street
Philadelphia, PA  19134

**Direct Deposit Advice**

**Check Date**         **Voucher Number**
December 31, 2024              41739

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL | C | ***5611 | 4,251.01 |
| **Total Direct Deposits** | | | **4,251.01** |

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### ONECOAST LLC

**Elizabeth a Palmer**                                                                                         **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 4,626.01 | Check Date | December 31, 2024 |
| Location | 51310-0 | Fed Filing Status | S | Period Beginning | December 1, 2024 |
| Hourly | $0.00 | State Filing Status | S-0 | Period Ending | December 31, 2024 |

| | | |
|---|---|---|
| Voucher Number | 41739 |
| Net Pay | 4,251.01 |
| Total Hours Worked | 173.33 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| DRAW | | 0.00 | 5,000.00 | 15,000.00 |
| REGULAR | | 173.33 | | 0.00 |
| SALARY | | | | 15,000.00 |
| **Gross Earnings** | | **173.33** | **5,000.00** | **30,000.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 389.79 | 2,383.62 |
| MED | 67.08 | 407.90 |
| PA | 142.02 | 863.60 |
| PA-PHI1 | 187.50 | 1,125.00 |
| PASUI-E | 3.50 | 21.00 |
| SS | 286.81 | 1,744.05 |
| **Taxes** | **1,076.70** | **6,545.17** |

| Deductions | Amount | YTD |
|---|---|---|
| Employee AD&D | 0.25 | 1.25 |
| EXP REIMB 1 | -703.53 | -4,293.84 |
| LIFE INSURANCE | 1.58 | 7.90 |
| OC DENTAL | 16.17 | 80.85 |
| OC INSURANCE | 351.33 | 1,756.65 |
| VISION | 6.49 | 32.45 |
| **Deductions** | **-327.71** | **-2,414.74** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | C | ***5611 | 4,251.01 |
| **Total Direct Deposits** | | | **4,251.01** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 8.00 | 0.00 |
| Communit | 16.00 | 0.00 |

ONECOAST LLC | 40 John Portman Blvd Ste 1800  Atlanta, GA 30303 | 404.836.4894 | FEIN: 27-1216421 | PA: 22-40626

**ONECOAST**

40 John Portman Blvd
Ste 1800
Atlanta, GA 30303

DIRECT DEPOSIT VOUCHER

Direct Deposit Advice

**Check Date** December 31, 2024

**Voucher Number** 41739

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL | C | ***5611 | 4,251.01 |
| **Total Direct Deposits** | | | **4,251.01** |

35353   51310-0   21750   41739   30033        35353

**Elizabeth a Palmer**
3166 Edgemont Street
Philadelphia, PA  19134

Non Negotiable - This is not a check - Non Negotiable

## ONECOAST LLC

**Elizabeth a Palmer**                                                                                          **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 4,626.01 | Check Date | December 31, 2024 |
| Location | 51310-0 | Fed Filing Status | S | Period Beginning | December 1, 2024 |
| Hourly | $0.00 | State Filing Status | S-0 | Period Ending | December 31, 2024 |

| | |
|---|---|
| Voucher Number | 41739 |
| Net Pay | 4,251.01 |
| Total Hours Worked | 173.33 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| DRAW | | 0.00 | 5,000.00 | 15,000.00 |
| REGULAR | | 173.33 | | 0.00 |
| SALARY | | | | 15,000.00 |
| **Gross Earnings** | | **173.33** | **5,000.00** | **30,000.00** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 389.79 | 2,383.62 |
| MED | 67.08 | 407.90 |
| PA | 142.02 | 863.60 |
| PA-PHI1 | 187.50 | 1,125.00 |
| PASUI-E | 3.50 | 21.00 |
| SS | 286.81 | 1,744.05 |
| **Taxes** | **1,076.70** | **6,545.17** |

| Deductions | Amount | YTD |
|---|---|---|
| Employee AD&D | 0.25 | 1.25 |
| EXP REIMB 1 | -703.53 | -4,293.84 |
| LIFE INSURANCE | 1.58 | 7.90 |
| OC DENTAL | 16.17 | 80.85 |
| OC INSURANCE | 351.33 | 1,756.65 |
| VISION | 6.49 | 32.45 |
| **Deductions** | **-327.71** | **-2,414.74** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | C | ***5611 | 4,251.01 |
| **Total Direct Deposits** | | | **4,251.01** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 8.00 | 0.00 |
| Communit | 16.00 | 0.00 |

ONECOAST LLC | 40 John Portman Blvd Ste 1800  Atlanta, GA 30303 | 404.836.4894 | FEIN: 27-1216421 | PA: 22-40626

# ONECOAST

40 John Portman Blvd
Ste 1800
Atlanta, GA 30303

**Direct Deposit Advice**

**Check Date** January 31, 2025

**Voucher Number** 42089

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL | C | ***5611 | 2,982.22 |
| **Total Direct Deposits** | | | **2,982.22** |

**DIRECT DEPOSIT VOUCHER**

35353   51310-0   21750   42089   30258                           35353

**Elizabeth a Palmer**
3166 Edgemont Street
Philadelphia, PA  19134

*Non Negotiable - This is not a check - Non Negotiable*

**Non Negotiable - This is not a check - Non Negotiable**

## ONECOAST LLC

**Elizabeth a Palmer**                                                                                       **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | **21750** | Fed Taxable Income | **2,802.20** | Check Date **January 31, 2025**   Voucher Number **42089** |
| Location | **51310-0** | Fed Filing Status | **S** | Period Beginning **January 1, 2025**   Net Pay **2,982.22** |
| Hourly | **$0.00** | State Filing Status | **S-0** | Period Ending **January 31, 2025**   Total Hours Worked **173.33** |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| COMMISSI | | 0.00 | 3,199.17 | 3,199.17 |
| REGULAR | | 173.33 | | 0.00 |
| **Gross Earnings** | | **173.33** | **3,199.17** | **3,199.17** |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 166.39 | 166.39 |
| MED | 40.63 | 40.63 |
| PA | 86.03 | 86.03 |
| PA-PHI1 | 119.97 | 119.97 |
| PASUI-E | 2.24 | 2.24 |
| SS | 173.74 | 173.74 |
| **Taxes** | **589.00** | **589.00** |

| Deductions | Amount | YTD |
|---|---|---|
| Employee AD&D | 0.25 | 0.25 |
| EXP REIMB 1 | -770.85 | -770.85 |
| LIFE INSURANCE | 1.58 | 1.58 |
| OC DENTAL | 16.17 | 16.17 |
| OC INSURANCE | 374.31 | 374.31 |
| VISION | 6.49 | 6.49 |
| **Deductions** | **-372.05** | **-372.05** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| USAA FEDERAL SAVINGS BANK | C | ***5611 | 2,982.22 |
| **Total Direct Deposits** | | | **2,982.22** |

| Time Off | Available To Use | Plan Year Used |
|---|---|---|
| Birthday | 8.00 | 0.00 |
| Communit | 16.00 | 0.00 |

ONECOAST LLC | 40 John Portman Blvd Ste 1800  Atlanta, GA 30303 | 404.836.4894 | FEIN: 27-1216421 | PA: 22-40626